**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**WALTER BERNARD MORTON, JR.,**

        **Plaintiff,**

    **v.**

**J. BOLYARD,** *et al.***,**

        **Defendants.**

**Civil Action No. 10-1595 (HHK)**

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion to dismiss [Dkt. #9] is GRANTED; and it is

FURTHER ORDERED that this civil action is DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                /s/
                         HENRY H. KENNEDY, JR.
                         United States District Judge

DATE:  September 9, 2011